Tionna Carvalho (SBN: 299010)
tcarvalho@slpattorney.com
Elizabeth A. LaRocque (SBN: 219977)
elarocque@slpattorney.com
**STRATEGIC LEGAL PRACTICES, APC**
1888 Century Park East, 19th Floor
Los Angeles, CA 90067
Tel: (310)929-4900
Fax: (310)943-3838

Attorneys For Plaintiffs
LARRY JOHNSON and CASSANDRA L. JOHNSON

SPENCER P. HUGRET (SBN: 240424)
shugret@grsm.com
ERIC D. SENTLINGER (SBN: 215380)
esentlinger@grsm.com
SARAH CARLSON LAMBERT (SBN: 247360)
slambert@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
FORD MOTOR COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY JOHNSON and CASSANDRA L. JOHNSON,<br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:22-cv-01288-MCE-JDP<br><br>Judge: Hon. Morrison C. England, Jr.<br>Magistrate Judge: Jeremy D. Peterson<br><br>**ORDER GRANTING STIPULATION TO CONTINUE TRIAL AND RELATED DATES**<br><br>Complaint Filed:  July 21, 2024 |

## Order

The Court, having considered the Stipulation to Continue Trial and Related Dates, ("Stipulation"), filed by the Parties, and upon finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. The following dates are hereby vacated:

    a. Completion of All Non-Expert Discovery: August 24, 2023

    b. Expert Witness Disclosures (Initial):  October 23, 2023

    c. Expert Witness Disclosures (Supplemental):  November 22, 2023

    d. Dispositive Motions Shall Be Filed by:  February 20, 2024

    e. Joint Notice of Trial Readiness (if no dispositive motions): December 22, 2023

    f. Joint Notice of Trial Readiness (if dispositive motion filed): 30 days after the Court's ruling on the last filed dispositive motion.

2. The deadlines/dates are continued as follows:

    a. Completion of All Non-Expert Discovery: August 30, 2024

    b. Expert Witness Disclosures (Initial):  December 6, 2024

    c. Expert Witness Disclosures (Supplemental):  January 10, 2024

    d. Dispositive Motions Shall Be Filed by:  March 7, 2025

    e. Joint Notice of Trial Readiness (if no dispositive motions): December 12, 2024

    f. Joint Notice of Trial Readiness (if dispositive motion filed): 30 days after the Court's ruling on the last filed dispositive motion

IT IS SO ORDERED.

Dated:  March 21, 2024

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATION TO CONTINUE TRIAL AND RELATED DATES