Tionna Carvalho (SBN: 299010)
tcarvalho@slpattorney.com
Elizabeth A. LaRocque (SBN: 219977)
elarocque@slpattorney.com
**STRATEGIC LEGAL PRACTICES, APC**
1888 Century Park East, 19th Floor
Los Angeles, CA 90067
Tel: (310)929-4900
Fax: (310)943-3838

Attorneys For Plaintiffs
LARRY JOHNSON and CASSANDRA L. JOHNSON

SPENCER P. HUGRET (SBN: 240424)
shugret@grsm.com
ERIC D. SENTLINGER (SBN: 215380)
esentlinger@grsm.com
SARAH CARLSON LAMBERT (SBN: 247360)
slambert@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Avenue
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
FORD MOTOR COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY JOHNSON and CASSANDRA L. JOHNSON,<br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:22-cv-01288-MCE-JDP<br><br>Judge: Hon. Morrison C. England, Jr.<br>Magistrate Judge: Jeremy D. Peterson<br><br>**ORDER GRANTING SECOND STIPULATION TO CONTINUE DATES**<br><br>Complaint Filed: July 21, 2024 |

**Order**

The Court, having considered the Second Stipulation to Continue Dates, ("Stipulation"), filed by the Parties, and upon finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. The following dates are hereby vacated:
    a. Completion of All Non-Expert Discovery: August 30, 2024
    b. Expert Witness Disclosures (Initial): December 6, 2024
    c. Expert Witness Disclosures (Supplemental): January 10, 2024
    d. Dispositive Motions Shall Be Filed by: March 7, 2025
    e. Joint Notice of Trial Readiness (if no dispositive motions): December 12, 2024.
    f. Joint Notice of Trial Readiness (if dispositive motion filed): 30 days after the Court's ruling on the last filed dispositive motion.

2. The deadlines/dates are continued as follows:
    a. Completion of All Non-Expert Discovery: November 29, 2024
    b. Expert Witness Disclosures (Initial): March 7, 2025
    c. Expert Witness Disclosures (Supplemental): April 11, 2025
    d. Dispositive Motions Shall Be Filed by: June 6, 2025
    e. Joint Notice of Trial Readiness (if no dispositive motions): March 13, 2025.
    f. Joint Notice of Trial Readiness (if dispositive motion filed): 30 days after the Court's ruling on the last filed dispositive motion.

IT IS SO ORDERED.

Dated: August 29, 2024

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE