1
2
3
4
5
6
7

8          UNITED STATES DISTRICT COURT

9        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CASSANDRA JOHNSON, et al.,          No.  2:22-cv-01288-DC-JDP

12        Plaintiffs,

13   v.                                  ORDER ENTERING JUDGMENT AGAINST
                                         DEFENDANT PURSUANT TO NOTICE OF
14   FORD MOTOR COMPANY,                 ACCEPTED RULE 68 OFFER

15        Defendant.                     (Doc. No. 25)

16

17          On September 30, 2024, plaintiffs filed a notice of acceptance of defendant's Federal Rule

18   of Civil Procedure 68 offer of judgment.  (Doc. No. 25.)  Therein, plaintiffs request judgment be

19   entered in their favor in the amount of $85,000.00 pursuant to the terms of the accepted Rule 68

20   offer.  (*Id.* at 2.)

21          Pursuant to Federal Rule of Civil Procedure 68(a), at least 14 days before trial, a

22   defendant may serve an offer to allow judgment on specified terms to the opposing party.  Fed. R.

23   Civ. P. 68(a).  Any acceptance by the opposing party of the offer must be made through written

24   notice.  *Id.*  Thereafter, "either party may then file the offer and notice of acceptance, plus proof

25   of service."  *Id.*

26          Here, defendant served plaintiffs with a Rule 68 offer of judgment in the amount of

27   $85,000.00, plus reasonable attorneys' fees and costs in an amount to be determined by the court

28   upon a noticed motion if the parties are unable to resolve the issue of attorneys' fees and costs

                                          1

1  themselves.  (*See* Doc. No. 25 at 5–6.)  Plaintiffs accepted the offer in writing on September 25,

2  2024.  (*Id.* at 6.)  Plaintiffs request that judgment be entered in favor of plaintiffs and against

3  defendant in the sum of $85,000.00, and that the matter of reasonable attorneys' fees and costs be

4  reserved, to be resolved by the parties or determined by the court on motion.  (*Id.* at 2, 5.)

5  Defendant also reserved all defenses to plaintiffs' motion for attorneys' fees and costs.  (*Id.* at 5.)

6       Accordingly,

7       1.     The Clerk of the Court is directed to enter judgment in favor of plaintiffs and

8              against defendant Ford Motor Company in the amount of $85,000.00, plus

9              reasonable attorneys' fees and costs (Doc. No. 25); and

10      2.     Within thirty (30) days from the date of entry of this order, the parties shall file a

11             notice informing the court that they have resolved the issue of attorneys' fees and

12             costs among themselves, or plaintiffs shall file a motion for attorneys' fees and

13             costs.

14

15

16      IT IS SO ORDERED.

17  Dated:   __**October 16, 2024**__

     Dena Coggins
18   United States District Judge

19

20

21

22

23

24

25

26

27

28