UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASSANDRA JOHNSON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | No. 2:22-cv-01288-DC-JDP<br><br>ORDER GIVING EFFECT TO STIPULATION RESOLVING ATTORNEYS' FEES, COSTS, AND EXPENSES<br><br>(Doc. No. 33) |

On October 16, 2024, following Plaintiffs' acceptance of Defendant's Federal Rule of Civil Procedure 68 offer of judgment, the court directed the Clerk of the Court to enter judgment in favor of Plaintiffs and against Defendant in the amount of $85,000.00, plus reasonable attorneys' fees, costs, and expenses. (Doc. No. 29.) At the time, the parties were still negotiating attorneys' fees, costs, and expenses, and they were considering either filing a noticed motion to request that the court determine the attorneys' fees, costs, and expenses or resolving the attorneys' fees, costs, and expenses themselves. (*See* Doc. No. 25.)

Subsequently, on January 15, 2025, the parties filed a stipulation, agreeing that to resolve attorneys' fees, costs, and expenses, Defendant Ford Motor Company will pay Plaintiffs, through Plaintiffs' counsel, $21,000.00 by no later than April 15, 2025. (Doc. Nos. 33 at 2; 33-1.)

Pursuant to the stipulation of the parties and good cause appearing,

1. Defendant Ford Motor Company shall pay Plaintiffs' counsel $21,000.00 in

1

attorneys' fees, costs, and expenses by no later than April 15, 2025; and

2. Within ten (10) days of the payment as ordered, Plaintiffs shall file dispositional documents in this case.

IT IS SO ORDERED.

Dated: **January 16, 2025**

Dena Coggins
United States District Judge

2